# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **LISA OVERALL,**<br><br>               **Plaintiff,**<br><br>   vs.<br><br>**LANE BRYANT, INC.,**<br><br>              **Defendant.** | **Case No.:  1:13-cv-00677-LJO-JLT**<br><br>**ORDER GRANTING STIPULATION TO DISMISS**<br>**(FRCP 41(a)(1)(A)(ii))**<br><br>Complaint filed March 27, 2013<br>No trial date set |

The Court has reviewed the Stipulation of Plaintiff Lisa Overall and Defendant Comenity Bank, erroneously sued herein as Lane Bryant, Inc., to dismiss with prejudice the above-entitled action, in its entirety.

Pursuant to the Joint Stipulation between the Parties, the Court Orders as follows:

That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1)(A)(ii).

The Clerk of Court is directed to CLOSE the case.


IT IS SO ORDERED.

   Dated:  **August 19, 2013**                  **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE